OF PEST, BUDAPEST, Also Known as PESTI HAZAI ELSO TAKAREKPENZTAR-EGYESULET, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JEREMIAH HEALY, Respondent, v. RHODE ISLAND MUTUAL LIABILITY INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Election of Directors and Officers of BETH ABRAHAM HOME FOR INCURABLES, a Membership Corporation, Appellant. LYDIA BARUCH and ROSE GITENSTEIN, Respondents.— Order of April 28, 1931, modified by providing for the calling of a meeting for the purpose of choosing directors at a new election, and as so modified affirmed, without costs. The date of said election to be fixed in the order to be entered hereon. Appeal from order of May 27, 1931, dismissed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES R. LEONARD and Others, Appellants, Respondents, v. PHILIP N. LAWES, Respondent, Appellant.— Order so far as appealed from affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CECELIA G. TRAVERS, Appellant, v. JOSEPH D. KELLY, Respondent. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANNA VANDER WIELEN, Respondent, v. WOODMERE-CEDARHURST CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of AMSTERDAM BUILDING COMPANY, INC., for an Order Designating a Third Arbitrator for AMSTERDAM BUILDING COMPANY, INC., and the TRUSTEES OF ADELPHI COLLEGE OF BROOKLYN, NEW YORK, under Contract Dated July 23, 1928, and Directing that Arbitration Proceed Thereunder.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STONE & WEBSTER AND BLODGET, INC., Appellant, v. DAVID S. STERN and D. S. STERN & CO., INC., Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STONE & WEBSTER AND BLODGET, INC., Appellant, v. DAVID S. STERN and D. S. STERN & CO., INC., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STONE & WEBSTER AND BLODGET, INC., Appellant, v. DAVID S. STERN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STONE & WEBSTER AND BLODGET, INC., Appellant, v. DAVID S. STERN and